

UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RE: SHIRLEY )
)
)
) Civil No. CV 10-02114 CW
Plaintiff(s), )
(Petitioner) )
-V- )  ORDER RE APPEAL IN
)  FORMA PAUPERIS
REMMERT )
)
)
Defendant(s), )
(Respondent) )
)

Good cause appearing, pursuant to 28 U.S.C. § 1915(a), the request to proceed in forma pauperis on appeal is hereby ( ✓ ) GRANTED    ( ) DENIED

IT IS SO ORDERED.

DATED: JUL 27 2010

_____
UNITED STATES DISTRICT JUDGE